

# ORANGE COUNTY DEPARTMENT OF LAW

### RICHARD B. GOLDEN
### COUNTY ATTORNEY

**STEVEN M. NEUHAUS**
**COUNTY EXECUTIVE**

**Carol C. Pierce**
*Deputy County Attorney*

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Stacy A. Butler        Joseph F. Mahoney
Holly L. Reinhardt    Anthony F. Cardoso
Lara V. Morrison      Marina V. O'Neill
Donna M. Badura
Lisa M. James

> The request for an adjournment is granted.
>
> The Case Management Conference is adjourned from October 13, 2022 to 01:30 p.m. on November 22, 2022. The conference shall proceed in person in Courtroom 520 of the White Plains Courthouse.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 28.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            September 20, 2022

**By ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    Wentland (v) Cornine, et al.
        Case No.: 21-cv-6195 (PMH)

Dear Judge Halpern:

This office represents defendants Deputy Richard Wieboldt and Deputy Elliot Brooks in the above-referenced matter. I write, with the consent of all parties, to respectfully request an adjournment of the conference currently scheduled for October 13, 2022 at 2:30 p.m. as I will be traveling out of state. I have conferred with counsel for plaintiff and co-defendants and they have advised me that they are unavailable for a conference on the following dates: October 14, 17, 18, 19, 20, 21, 25, 27;  November 4-10; December 2, and December 28, 2022 - January 5, 2023. Please note that I am also unavailable the following days: October 24 and 26, November 17 and December 1 and 19.

I sincerely apologize for any inconvenience this may cause the Court. Thank you for your attention to this matter.

Respectfully submitted,

KELLIE E. LAGITCH
Chief Assistant County Attorney

KEL/ag
CC:    Jonathan Goldman, Esq. (by ECF)
       Ian Ramage, Esq. (by ECF)