UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER J. WENTLAND, ET AL.,

                Plaintiffs,

-against-

CONNOR CORNINE, ET AL.,

                Defendants.

**ORDER**

21-CV-06195 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Pending before the Court are (i) the motion *in limine* of Elliot Brooks, Richard Wieboldt ("County Defendants"); (ii) the motion *in limine* of Connor Cornine, Matthew McKinney, and Daniel Ramirez ("State Defendants" and together with County Defendants, the "Defendants"); and (iii) the motion *in limine* of Walter J. Wentland and Nicholas Wentland ("Plaintiffs"). (Docs. 32, 35, 38).

    The Court DENIES these three motions *in limine* without prejudice to renewal pursuant to the terms of this Order. Defendants shall file their notice of motion *in limine*, and one joint memorandum of law in support of their motion *in limine*, by **February 21, 2023**. Plaintiffs shall their memorandum of law in opposition on **March 7, 2023**. Defendants shall file one joint reply memorandum on **March 14, 2023**.

    To the extent that Plaintiffs seek to move *in limine* regarding subject matter that is not at issue in Defendants' motion *in limine*, Plaintiffs shall file their notice of motion *in limine* and memorandum of law in support of their motion *in limine*, by **March 7, 2023**. Defendants shall file one joint memorandum of law in opposition to Defendants' motion *in limine* on **March 21, 2023**. Defendants shall file their reply memorandum on **March 28, 2023**.

    The Clerk of Court is respectfully directed to terminate the motion sequences pending at Docs. 32, 35, and 38.

SO ORDERED.

Dated: White Plains, New York
January 31, 2023

_____
PHILIP M. HALPERN
United States District Judge

2