UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALTER J. WENTLAND & NICHOLAS
WENTLAND,

      Plaintiffs,

  -against-

NEW YORK STATE TROOPERS CONNOR
CORNINE, RAMIREZ, MATTHEW McKINNEY and
DEPUTIES ELLIOT BROOKS and RICHARD
WIEBOLDT of the ORANGE COUNTY SHERIFF'S
OFFICE,

      Defendants.
------------------------------------------------------------X

**NOTICE OF MOTION
IN LIMINE**

Case No.: 21-CV-6195 (PMH)

**PLEASE TAKE NOTICE** that, for the reasons set forth in the accompanying Joint Memorandum of Law and Declaration of Kellie E. Lagitch, the County Defendants shall move the Court, before the Honorable Philip M. Halpern, *in limine*, for an order permitting them to: (1) cross-examine Plaintiff Walter Wentland on a prior judicial credibility finding made by Orange County Court Judge William DeProspo in connection with testimony he gave at a sentencing hearing; (2) cross-examine Plaintiff Walter Wentland on his criminal conviction and allocution stemming from the July 22, 2018 incident; and (3) cross-examine Plaintiff Nicholas Wentland on his criminal conviction arising from the July 22, 2018 incident.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated January 31, 2023 (ECF No. 41), any response to this Motion is due on March 7, 2023.

Dated: Goshen, New York
February 21, 2023

_____
KELLIE E. LAGITCH
Chief Assistant County Attorney
Richard B. Golden
County Attorney for Orange County
Attorney for the County Defendants
255-275 Main Street
Goshen, NY 10924
(845) 291-3150

TO:

Jonathan R. Goldman, Esq.
Sussman & Associates
*Attorneys for Plaintiffs*
1 Railroad Avenue, Suite 3
P.O. Box 1005
Goshen, NY 10924

Ian Ramage, Esq.
Assistant Attorney General
Office of the NYS Attorney General
*Attorneys for Defendants Cornine, Ramirez, and McKinney*
28 Liberty Street
New York, NY 10005