UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
WALTER J. WENTLAND and NICHOLAS
WENTLAND,

                Plaintiffs,

                - against -

NEW YORK STATE TROOPERS CONNOR
CORNINE, DANIEL RAMIREZ, MATTHEW
McKINNEY and DEPUTIES ELLIOT BROOKS,
and RICHARD WIEBOLDT of the ORANGE
COUNTY SHERIFF'S OFFICE,

                Defendants.
------------------------------------------------------------------- X

**NOTICE OF MOTION IN LIMINE**

21-CV-6195 (PMH)

**PLEASE TAKE NOTICE** that, for the reasons set forth in the accompanying memorandum of law and Declaration of Ian Ramage, with appended exhibits, the State Defendants shall move the Court, before the Honorable Philip M. Halpern, *in limine* for an order: (i) permitting Defendants to cross-examine Plaintiff Walter Wentland on a prior judicial credibility finding; (ii) permitting Defendants to cross-examine Plaintiff Walter Wentland on his criminal conviction and allocution arising from the July 22, 2018 incident; (iii) permitting Defendants to cross-examine Plaintiff Nicholas Wentland on his criminal conviction arising from the July 22, 2018 incident; and (iv) precluding Plaintiffs from inquiring into State Defendant Cornine's singular disciplinary incident.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated January 31, 2023 (ECF No. 41), any response to this Motion is due on March 7, 2023.

Dated: New York, New York
February 21, 2023

**LETITIA JAMES**
Attorney General
State of New York
<u>Attorneys for State Defendants</u>

By:

/s/
Ian Ramage
Andrew Blancato
Assistant Attorneys General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8659/6359

\* Electronic signature used with permission pursuant to SDNY ECF Rule 8.5(b).