# EXHIBIT 1

GEORGE P. BEACH
SUPERINTENDENT



MAJOR PIERCE V. GALLAGHER
TROOP COMMANDER

## STATE OF NEW YORK
## NEW YORK STATE POLICE
TROOP "F" HEADQUARTERS
55 CRYSTAL RUN ROAD
MIDDLETOWN, NY 10941
(845) 344-5300

January 30, 2018

Trooper Connor B. Cornine
New York State Police
Greenville, New York

**LETTER OF CENSURE**

Dear Trooper Cornine:

On November 25, 2017, you were operating your assigned Division vehicle when you were involved in a troop car accident. This accident has been reviewed at Troop Headquarters and it was determined to have been preventable on your part. On January 30, 2018, you appeared before me, executed a waiver, and requested that I adjudicate the disciplinary action.

The accident occurred at approximately 9:45PM while you were on routine patrol, operating your assigned vehicle, traveling south easterly on Minisink Turnpike in the Town of Minisink. You observed a deer in your lane of travel. You took evasive action to avoid the deer and lost control of your vehicle. While attempting to regain control of the vehicle, you went off the roadway and struck a utility pole on the western shoulder of the roadway. Although you were not injured, there was damage to the right front fender, passenger side front and rear doors, passenger side front tire, and passenger side rear quarter panel of your vehicle, in addition to damage to the utility pole. As a professional driver you are expected to drive more carefully.

It is my decision that you receive a letter of censure for your actions. I trust that you will drive more cautiously in the future.

Sincerely,

Major Pierce V. Gallagher
Troop Commander
Troop F

Defense Discovery Package: 07/23/2021 03:59 sussman1@sussman.law

WENTLAND_000395



**ANDREW M. CUOMO**
Governor

**KEITH M. CORLETT**
Superintendent

July 14, 2020

Trooper Connor Cornine
New York State Police
Greenville, NY

RE: DCN 20190209

**LETTER OF CENSURE**

Dear Trooper Cornine:

    On June 20, 2019, during a monthly vehicle inspection of 2F23, $438.00 in U.S. currency was discovered secreted in a narrow crevice between the rear passenger seat bottom and back. Investigation determined that the monies were a portion of the proceeds from a robbery that occurred on June 18th, and that the money had been hidden by the suspect during transport from SP Middletown to arraignment and jail following his arrest and processing. Investigation further determined that you transported the subject, and that afterwards you failed to search the patrol vehicle to determine if any objects or contraband may have been hidden by the prisoner during transport. Furthermore, you and the assisting officer in the transport failed to continuously watch the prisoner during the trip, affording him the opportunity to secret the money. Your actions violated Regulation 8A2, specifically Article 31C2(a)(2) when you failed to search the patrol vehicle after transporting a prisoner, and 31C6(c)(3) when you failed to continuously watch the prisoner throughout the trip.

    On July 14, 2020, you appeared before me, executed a waiver and requested that I adjudicate the discipline in this matter.

    Accordingly, it is my decision that you receive a letter of censure for your actions. I trust that you will not allow this to happen again.

Sincerely,

Major James C. Michael
Troop Commander
Troop F

Defense Discovery Package: 07/23/2021 03:59 sussman1@sussman.law

WENTLAND_000394