UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER J. WENTLAND, ET AL.,

                           Plaintiffs,

              -against-

CONNOR CORNINE, ET AL.,

                           Defendants.

**ORDER**

21-CV-06195 (PMH)

PHILIP M. HALPERN, United States District Judge:

        The Court will hold an in-person pre-trial conference on **Thursday, April 6, 2023 at 10:00 a.m.** Counsel for all parties shall appear at that date and time in Courtroom 520 of the White Plains courthouse.

**SO ORDERED.**

Dated:    White Plains, New York
          March 8, 2023

_____
PHILIP M. HALPERN
United States District Judge