UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
WALTER J. WENTLAND and NICHOLAS
WENTLAND,

                           Plaintiffs,

                - against -

NEW YORK STATE TROOPERS CONNOR
CORNINE, DANIEL RAMIREZ, MATTHEW
McKINNEY and DEPUTIES ELLIOT BROOKS,
and RICHARD WEIBOLDT of the ORANGE
COUNTY SHERIFF'S OFFICE,

                          Defendants.
-------------------------------------------------------------------- X

**ORDER**

No. 21-CV-6195 (PMH)

PHILIP M. HALPERN, United States District Judge:

       Counsel for all parties appeared for an in-person pretrial conference on April 6, 2023. For the reasons set forth on the record and after hearing from the parties, Defendants' motions *in limine* (Docs. 42, 44) are GRANTED IN PART. The Court reserved decision on Plaintiff's motion *in limine* (Doc. 51) as it is not yet fully briefed.

       As explained more fully on the record during the appearance, the Court directs as follows:

1. Plaintiff shall file, by **April 21, 2023**, a marked pleading.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by **April 21, 2023**, an Amended Proposed Joint Pretrial Order.

3. The questions in the parties' proposed *Voir Dire* are all granted or granted in substance except that Trial Participants Question 10, Background Question subpart C of 8, and Prior Litigation Experience Question 3 are denied.

4. The parties shall review the proposed *Voir Dire* Questionnaire Form and Summary provided by the Court during the conference and file, by **April 21, 2023**, a joint letter informing the Court as to any objections or additions thereto.

5. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **April 21, 2023**, a joint proposed Verdict Sheet.

6. The parties shall meet and confer regarding objections in the Proposed Jury Instructions and file, by **April 21, 2023**, Amended Proposed Jury Instructions, renumbered sequentially instead of by topic.

7. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail.

8. Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.

9. The Court will endeavor to notify the parties at the earliest practicable time whether this matter will proceed to trial in place of the primary case scheduled for **June 6, 2023**.

10. A final pretrial conference has been scheduled for **May 8, 2023 at 3:30 p.m.**

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 42 and Doc. 44.

SO ORDERED:

Dated: White Plains, New York
April 6, 2023

_____
PHILIP M. HALPERN
United States District Judge