UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
WALTER J. WENTLAND and NICHOLAS : 
WENTLAND, :
 :  **ORDER**
              Plaintiffs, :
 :  No. 21-CV-6195 (PMH)
     - against - :
 :
NEW YORK STATE TROOPERS CONNOR :
CORNINE, DANIEL RAMIREZ, MATTHEW :
McKINNEY and DEPUTIES ELLIOT BROOKS, :
and RICHARD WEIBOLDT of the ORANGE :
COUNTY SHERIFF'S OFFICE, :
 :
              Defendants. :
------------------------------------------------------------------- X

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that this case is no longer the backup trial and that this case

will proceed to jury selection and trial on June 6, 2023 at 9:30 a.m. The case must therefore be

trial ready for that date. All parties and counsel shall appear on that date and time in Courtroom

520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

The parties are directed to immediately notify the Court if they have reached a settlement.

                                  **SO ORDERED:**

Dated:   White Plains, New York
          April 7, 2023

                                  _____
                                  PHILIP M. HALPERN
                                  United States District Judge