UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------  X
WALTER J. WENTLAND and NICHOLAS  :
WENTLAND,                        :
                                 :  **ORDER**
              Plaintiffs,        :
                                 :  No. 21-CV-6195 (PMH)
          - against -            :
                                 :
NEW YORK STATE TROOPERS CONNOR   :
CORNINE, DANIEL RAMIREZ, MATTHEW :
McKINNEY and DEPUTIES ELLIOT BROOKS, :
and RICHARD WEIBOLDT of the ORANGE :
COUNTY SHERIFF'S OFFICE,         :
                                 :
              Defendants.        :
-----------------------------------------------------------------  X

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person final pretrial conference on May 8, 2023. For the reasons set forth on the record, Plaintiffs' motion *in limine* (Doc. 51) is GRANTED.

The Court granted Defendants leave to depose Gerald Ketcham, Jr., should they be so advised, and directed Plaintiffs to use their best efforts to enable Defendants to depose him at a mutually agreeable date and time.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the April 27, 2023 Joint Pretrial Order and file, by **May 22, 2023**, a Second Amended Proposed Joint Pretrial Order.

2. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **May 22, 2023**, a revised joint proposed Verdict Sheet.

3. The parties shall meet and confer regarding objections in the Proposed Jury Instructions and file, by **May 22, 2023**, revised proposed Jury Instructions, to the extent they are able to resolve any of the extant objections.

4. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail.

5. Three exhibit binders containing the parties' exhibits (without duplicates), with indices listing the content of the binders shall be produced to the Court by **May 30, 2023**.

The parties shall appear on June 6, 2023 at 9:00 a.m. in Courtroom 520 in advance of jury selection.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 51.

SO ORDERED:

Dated: White Plains, New York
May 8, 2023

_____
PHILIP M. HALPERN
United States District Judge