**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WALTER J. WENTLAND & NICHOLAS
WENTLAND,

                Plaintiffs,                              21 **CIVIL** 6195 (PMH)

       -against-                                   **JUDGMENT**

NEW YORK STATE TROOPERS CONNOR
CORNINE, DANIEL RAMIREZ, MATTHEW
McKINNEY and DEPUTIES ELLIOT BROOKS
and RICHARD WIEBOLDT of the ORANGE
COUNTY SHERIFF'S OFFICE,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York

June 8, 2023

                                                      **RUBY J. KRAJICK**

**So Ordered:**                                      Clerk of Court

                                           **BY:**   K. Mango

    **U.S.D.J.**                                          **Deputy Clerk**